1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Facsimile:  (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,          ) No. CR 3-10-70338 BZ
                                        )
13 |      Plaintiff,                    )
                                        ) NOTICE OF DISMISSAL
14 |    v.                              )
                                        )
15 | JOSE VALENCIA REVUELTA,            )
     a/k/a Jose Adrian Valencia,        ) (San Francisco Venue)
16 | a/k/a Jose Addrian Valencia Revuelta)
                                        )
17 |      Defendant.                    )
                                        )
18 |_____   )

19         With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above complaint

21  without prejudice.

22

23  DATED: April 26, 2010                        Respectfully submitted,

24                                               JOSEPH P. RUSSONIELLO
                                                 United States Attorney
25

26

27                                               BRIAN J. STRETCH
                                                 Chief, Criminal Division
28

NOTICE OF DISMISSAL
CR 3-10-70338 BZ

FILED
2010 APR 26 P 1:55
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

# ORDER

1  Leave is granted to the government to dismiss the complaint without prejudice.

2

3  Date: 28 Apr 2010

  *[signature]*
4  BERNARD ZIMMERMAN
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DISMISSAL
CR 3-10-70338 BZ                           2